UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KARLYN KING AS NATURAL
TUTRIX FOR THE MINOR CHILD,
COLLIN C. KING

CIVIL ACTION

VERSUS

NO. 07-325-C

CITY OF BATON ROUGE, ET AL

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 12, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss Federal Claims Under 42 U.S.C. § 1983 and to Remand Remaining Claims filed by plaintiff, Karlyn King, as natural tutrix for the minor child, Collin C. King, will be granted, and her claim pursuant to 42 U.S.C. § 1983 will be dismissed with prejudice, and this matter will be remanded to the 19th Judicial District Court for further proceedings.

Baton Rouge, Louisiana, August  15 , 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA